632

*Gardner* for respondents.

No. 866. FALVEY *v.* FOREMAN-STATE NATIONAL BANK ET AL. May 15, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Patrick J. Falvey, pro se. Messrs. Weymouth Kirkland, Howard Ellis, Herman Waldman, Edward R. Adams,* and *James F. Oates, Jr.* for respondents.

No. 832. MONTGOMERY *v.* UNITED STATES. May 15, 1939. Petition for writ of certiorari to the Court of Claims denied. *Messrs J. Marvin Haynes, Thomas G. Haight,* and *James O. Wynn* for petitioner. *Solicitor General Jackson, Assistant Attorney General Morris,* and *Mr. Sewall Key* and *Louise Foster* for the United States.

No. 839. WARD ET AL. *v.* SHELL PETROLEUM CORP. ET AL. May 15, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Oliver J. Todd* for petitioners. No appearance for respondents.

No. 868. GLENMORE DISTILLERIES Co. *v.* NATIONAL DISTILLERS PRODUCTS CORP. May 15, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Messrs. Guy B. Hazelgrove* and *Ralph T. Catterall* for petitioner. *Messrs. Thomas B. Gay, Gerald J. Craugh, Edward A. Craighill, Jr.,* and *Lewis F. Powell, Jr.* for respondent.

No. 872. CONWAY, TRUSTEE, *v.* BONNER. May 15, 1939. Petition for writ of certiorari to the Circuit Court